UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH PACHECO,<br>Defendant | Criminal No. 4:25-40038-MRG<br><br>Violations:<br><br>Count One: Distribution of Animal Crushing Videos<br>(18 U.S.C. § 48(a)(3))<br><br>Counts Two Through Six: Transmitting Threatening Communication in Interstate Commerce<br>(18 U.S.C. § 875(c))<br><br>Count Seven: Knowingly Distributing Child Pornography to a Minor<br>(18 U.S.C. § 2252A(a)(6))<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 2253) |

## INDICTMENT

At all times relevant to this Indictment:

### Overview of Nihilistic Violent Extremists (NVEs)

1. NVEs are individuals who engage in criminal conduct within the United States and abroad in furtherance of political, social, or religious goals that derive primarily from a hatred of society at large and a desire to bring about its collapse by sowing indiscriminate chaos, destruction, and social instability. NVEs work individually or as part of a network with these goals of destroying civilized society through the corruption and exploitation of vulnerable populations, which often include minors.

2. NVEs, both individually and as a network, systematically and methodically target vulnerable populations across the United States and the globe. NVEs frequently use social media communication platforms to connect with individuals and desensitize them to violence by, among

other things, breaking down societal norms regarding engaging in violence, normalizing the possession, production, and sharing of child sexual abuse material (CSAM) and gore material, and otherwise corrupting and grooming those individuals towards committing future acts of violence.

3. Those individuals are targeted online, often through synchronized group chats. NVEs frequently conduct coordinated extortions of individuals by blackmailing them so they comply with the demands of the network. These demands vary and include, but are not limited to, self-mutilation, online and in-person sexual acts, harm to animals, sexual exploitation of siblings and others, acts of violence, threats of violence, suicide, and murder.

4. Historically, NVEs systematically targeted vulnerable individuals by grooming, extorting, coercing, and otherwise compelling through force, or the threat of force, the victims to mutilate themselves or do violence, or threaten violence, to others and either film or photograph such activity. The members of the network have edited compilation photographs or videos of targeted individuals, shared the photographs and videos on social media platforms for several reasons, including to gain notoriety amongst members of the network, and spread fear among those targeted individuals for the purpose of accelerating the downfall of society and otherwise achieving the goals of the NVEs.

5. NVE networks have adopted various monikers to identify themselves. The networks have changed names over time, which has led to the creation of related networks. Although the networks change names and use a variety of different social media platforms, the core members and goals remain consistent and align with the overarching threat of NVEs.

6. Joseph Pacheco was a resident of Everett, Washington. In committing the offenses listed below, Pacheco demonstrated he was motivated in part by a desire to destabilize the social order; prey on individuals, particularly juveniles, who suffer from mental health issues; and

Case 4:25-cr-40038-MRG Document 3 Filed 11/20/25 Page 3 of 9

normalize the possession, production, and sharing of CSAM and gore material, all actions consistent with NVEs.

## COUNT ONE:
## Distribution Of Animal Crushing Videos
## (18 U.S.C. § 48(a)(3))

The Grand Jury charges:

7. The Grand Jury re-alleges and incorporates by reference paragraphs 1-6 of this Indictment.

8. On or about March 31, 2025, in the District of Massachusetts and elsewhere, the defendant,

JOSEPH PACHECO,

did unlawfully and knowingly distribute an animal crush video, in and using a means and facility of interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 48(a)(3).

COUNTS TWO THROUGH SIX

Transmitting in Interstate Commerce a Threat to Injure the Person of Another
(18 U.S.C. § 875(c))

The Grand Jury further charges:

9. The Grand Jury re-alleges and incorporates by reference paragraphs 1-6 of this Indictment.

10. On or about the dates set forth below, in the District of Massachusetts and elsewhere, the defendant,

JOSEPH PACHECO,

as identified in each count below, did knowingly transmit in interstate commerce from the Western District of Washington to the District of Massachusetts the following communications which contained threats to injure the person of another:

| **Count** | **Approximate Date** | **Description of Threat** |
|---|---|---|
| 2. | June 1, 2025 | I will kill you if you ever leave me. I cannot live without you. You're mine forever. |
| 3. | June 6, 2025 | I have your address and I'll commit a murder suicide. |
| 4. | July 11, 2025 | Just self-harm or hit yourself to make yourself useful. I'll fucking rape and kill you. I know where you live. |
| 5. | July 12, 2025 | After you were messaging her without telling me<br>Don't do it again<br>Cause omg. If I caught you one more time<br>I'll swear I'll fucking kill you. |
| 6. | July 13, 2025 | If you don't add me back<br>I promise you<br>I'll fucking kill you<br>Kill your whole family. |

Case 4:25-cr-40038-MRG Document 3 Filed 11/20/25 Page 6 of 9

All in violation of Title 18, United States Code, Section 875(c).

COUNT SEVEN
Knowingly Distributing Child Pornography To A Minor
(18 U.S.C. §§ 2252A(a)(6))

The Grand Jury further charges:

11. The Grand Jury re-alleges and incorporates by reference paragraphs 1-6 of this Indictment.

12. On or about July 14, 2025, in the District of Massachusetts and elsewhere, the defendant,

JOSEPH PACHECO,

with the purpose of inducing and persuading Minor A to participate in illegal activity, to wit, the production of child pornography, in violation of Title 18, United States Code, Section 2251(a), did knowingly distribute to Minor A a visual depiction of a minor engaging in sexually explicit conduct that had been mailed, shipped and transported using any means and facility of interstate or foreign commerce and in or affecting interstate and foreign commerce by any means, including a computer; was produced using material that had been mailed, shipped, or transported in and affecting interstate and foreign commerce by any means, including a computer; and whose distribution, offer, sending and provision was accomplished using the mails and any means and facility of interstate and foreign commerce, for the purpose of inducing and persuading the minor to participate in any activity that is illegal.

All in violation of Title 18, United States Code, Sections 2252A(a)(6) and 2256(2).

CHILD PORNOGRAPHY FORFEITURE ALLEGATION
(18 U.S.C. § 2253)

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 2252A, set forth in Count Seven of the Indictment, the defendant,

JOSEPH PACHECO,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253, (i) any visual depiction described in sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18; (ii) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and (iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 2253, as a result of any act or omission of the defendant–

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States of America, pursuant to Title 18, United States Code, Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL

FOREPERSON

CHRISTOPHER POHL
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: November 20, 2025
Returned into the District Court by the Grand Jurors and filed.

/s/ Noreen A. Russo

DEPUTY CLERK
at 1:52 PM