AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Joseph Pacheco

Defendant

Case No. 4:25CR40038-MRG

FILED IN CLERKS OFFICE
DEC 3 '25 PM 1:22 USDC MA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Joseph Pacheco,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Dist. Animal Crush Video - 18 USC 48(a)(3)
Transmitting Threats In Interstate Commerce - 18 USC 875(c)
Knowing Dist. Child Pornography to Minor - 18 USC 2252A(a)(6)

Date: 11/20/2025 — *Issuing officer's signature*

City and state: Boston, MA — Hon. Donald L. Cabell, U.S. Magistrate Judge, *Printed name and title*

### Return

This warrant was received on *(date)* 11/20/25, and the person was arrested on *(date)* 12/3/25
at *(city and state)* 420 85th Pl SW, Everette, WA

Date: 12/3/25 — *Arresting officer's signature*

Joseph Rico — *Printed name and title*

13